SQUIRE PATTON BOGGS (US) LLP
Karol K. Denniston (CA Bar # 141667)
555 California Street, Suite 550
San Francisco, California 94104
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
karol.denniston@squirepb.com

Peter R. Morrison (*pro hac vice*)
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
peter.morrison@squirepb.com

*Attorneys for United Overseas Bank Limited*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>Debtor. | Case No. 2:21-bk-13523-WB<br><br>Chapter 7<br><br>Adversary Case No. 2:23-ap-01228-WB<br><br>**DEFENDANT UNITED OVERSEAS BANK LIMITED'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER RULE 12(c)** |
| CAROLYN A. DYE, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>UNITED OVERSEAS BANK LIMITED,<br><br>Defendant. | **DATE:** December 12, 2023<br>**TIME:** 2:00 p.m.<br>**PLACE:** Courtroom 1375<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE, PLAINTIFF AND PLAINTIFF'S COUNSEL, AND ALL OTHER INTERESTED PARTIES:**

United Overseas Bank Limited respectfully moves, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure, for entry of an order, substantially in the form attached hereto as **Exhibit A**, for judgment on the pleadings in favor of UOB.  The grounds for this motion are set forth in the Memorandum of Points and Authorities filed concurrently.  UOB consents to entry of a final order and judgment by the United States Bankruptcy Court for the Central District of California Los Angeles Division.

Dated:  November 13, 2023        SQUIRE PATTON BOGGS (US) LLP

*/s/ Karol K. Denniston*
Karol K. Denniston (CA Bar # 141667)
555 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
karol.denniston@squirepb.com

Peter R. Morrison (*pro hac vice*)
1000 Key Tower, 127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
peter.morrison@squirepb.com

*Attorneys for United Overseas Bank*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
555 California Street, Suite 550
San Francisco, California 94104

A true and correct copy of the foregoing document entitled (*specify*): _____
Defendant United Overseas Bank Limited's Motion for Judgment on the Pleadings under Rule 12(c)
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/13/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Leonard Pena, lpena@penalaw.com
Carolyn A. Dye, Trustee, trustee@cadye.com
United States Trustee, ustpregion16.la.ecf@usdoj.gov
Peter R. Morrison, peter.morrison@squirepb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/13/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Julia W. Brand, United States Bankruptcy Court, 255 E. Temple Street, Suite 1382, Los Angeles, CA 90012 (via Federal Express)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/13/2023 | Karol K. Denniston | /s/ Karol K. Denniston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE