# Exhibit A

1   SQUIRE PATTON BOGGS (US) LLP
    Karol K. Denniston (CA Bar # 141667)
2   555 California Street, Suite 550
    San Francisco, California 94104
3   Telephone: (415) 954-0200
    Facsimile: (415) 393-9887
4   karol.denniston@squirepb.com
5
    Peter R. Morrison (*pro hac vice*)
6   1000 Key Tower
    127 Public Square
7   Cleveland, OH 44114
    Telephone: (216) 479-8500
8   Facsimile: (216) 479-8780
    peter.morrison@squirepb.com
9
10  *Attorneys for United Overseas Bank Limited*
11
12                  UNITED STATES BANKRUPTCY COURT
13                  CENTRAL DISTRICT OF CALIFORNIA
14                      LOS ANGELES DIVISION
15
16  In re:                                  Case No. 2:21-bk-13523-WB
17  URBAN COMMONS, LLC,                     Chapter 7
18              Debtor.                     Adversary Case No. 2:23-ap-01228-WB
19
20                                          **ORDER GRANTING DEFENDANT
                                            UNITED OVERSEAS BANK LIMITED'S
21                                          MOTION FOR JUDGMENT ON THE
                                            PLEADINGS UNDER RULE 12(c)**
22  CAROLYN A. DYE, Chapter 7 Trustee,
                                            **DATE:    December 12, 2023**
23              Plaintiff,                  **TIME:    2:00 p.m.**
                                            **PLACE: Courtroom 1375**
24  v.                                      **        255 E. Temple Street**
                                            **        Los Angeles, CA 90012**
25
26  UNITED OVERSEAS BANK LIMITED,
27              Defendant.
28

On December 12, 2023, the Court heard *Defendant United Overseas Bank Limited's Motion for Judgment on the Pleadings under Rule 12(c)* (the "<u>Motion</u>") filed pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, made applicable herein by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure.  Based on the entire record of the hearing, all pleadings filed in support and opposition to the Motion, upon considering the oral arguments of counsel, and upon finding that notice was proper, and good cause shown:

**IT IS ORDERED:**

1. The Motion is granted.

2. The Court enters judgment in favor of Defendant, denies Plaintiff any and all relief requested in the Complaint, and declares that all claims asserted by Plaintiff in the Complaint against Defendant are hereby dismissed with prejudice.

###

SQUIRE PATTON BOGGS (US) LLP
555 California Street, Suite 550
San Francisco, California 94104