LEONARD PEÑA (State Bar No. 192898)
JULIE A. SOMA (State Bar No. 180170)
lpena@penalaw.com
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, California 91101
Telephone (626)396-4000
Facsimile (626)498-8875

Attorneys for Plaintiff
Carolyn A. Dye, Chapter 7 Trustee

**FILED & ENTERED**

**DEC 21 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:21-bk-13523 WB |
| URBAN COMMONS, LLC, | ) Chapter 7 |
| Debtor. | ) |
| | ) Adv. No. 2:23-ap-01228 WB |
| CAROLYN A. DYE, Chapter 7 Trustee, | ) ORDER DENYING MOTION FOR |
| Plaintiff, | ) JUDGMENT ON THE PLEADINGS |
| v. | ) Date:  December 12, 2023 |
| | ) Time:  2:00 PM |
| UNITED OVERSEAS BANK LIMITED, | ) Place: Courtroom 1375 |
| | ) Roybal Federal Building |
| Defendant. | ) 255 E. Temple Street |
| | ) Los Angeles, CA 90012 |

Defendant United Overseas Bank Limited's *Motion For Judgment On The Pleadings* ("Motion") was duly presented to the Court. The Court considered the Motion, the opposition, the reply, and counsel's arguments.  Appearances are noted on the Court record.  The Court is thus fully informed.

***For the reasons stated on the record at the hearing, it*** ~~It~~ is hereby ordered that the Motion is denied.

### 

Date: December 21, 2023

*/s/ Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge